# EXHIBIT A


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-694113674 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | Creedence Clearwater Revival |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | ccr |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-694113705 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | Eric Burton and War |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | burton |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-694113739 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | Experience Tour Contact Sheets |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | contactsheets |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

# U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| | |
|---|---|
| Case / SR#: | 1-694113758 |
| Case Date: | 12/29/2011 |
| Title: | EXPERIENCE TOUR PART ONE |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | partone |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

# U.S. Copyright Office Receipt

## Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702259130 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | EXPERIENCE TOUR PART TWO |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | parttwo |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702259211 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | EXPERIENCE TOUR PART THREE |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | partthree |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |

Issue Date:

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

# U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702259231 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | EXPERIENCE TOUR PART FOUR |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | partfour |

| Materials Submitted: | |
|---|---|
| Quantity | Format |
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702259251 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | JIMI HENDRIX & THE EXPERIENCE IN RECORDING STUDIO |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | recordingstudio |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702259291 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | JONI MITCHELL |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | jonimitchell |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702466311 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | THE EXPERIENCE MELROSE STUDIO SHOTS |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | melrosestudio |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

# U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702466342 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | THREE DOG NIGHT |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | threedog |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702466362 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | EXPERIENCE TOUR BAKERSFIELD CALIFORNIA |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | bakersfield |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702466382 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | MITCHELL |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | rehearsal |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Field | Value |
|---|---|
| Case / SR#: | 1-702466418 |
| Case Date: | 12/29/2011 |
| Title: | JIMI HENDRIX SONG WRITING |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | songwriting |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702466438 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | THE ROLLING STONES |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | rollingstones |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| | |
|---|---|
| **Case / SR#:** | 1-702466458 |
| **Case Date:** | 12/29/2011 |
| **Title:** | THE EXPERIENCE TOUR PRE CONCERT HAWAII |
| **Volume:** | |
| **Number:** | |
| **Issue Date:** | |
| **Applicant's Internal Tracking** | Hawaii |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-702466755 |
|---|---|
| Case Date: | 12/29/2011 |
| Title: | Blind Faith |
| Volume: | |
| Number: | |
| Issue Date: | |
| Applicant's Internal Tracking | blindfaith |

| Materials Submitted: | |
|---|---|
| Quantity | Format |
| | |
| | |
| | |

**Issue Date:**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211