# EXHIBIT B

# STOLEN RAFFAELLI WORKS

## UNPUBLISHED

Editorial No. 7427544

Editorial No. 74275446



Editorial No. 74275447



Editorial No. 74275447





