



74259605




ERIC BURDON AND WAR exclusively on MGM RECORDS

74255850






ERIC BURDON AND WAR exclusively on MGM RECORDS

74255852


gettyimages






74275389




79590689




73993135


gettyimages