


73993165


gettyimages


gettyimages®




72992177


gettyimages®


gettyimages


gettyimages®




73993174




13992175




73993176


gettyimages®




73993178




73993179




73993181




73993182




73993183




73993184




73993188


gettyimages




73993190




73993191




73993/92




73993193




73993194




73993195