


73993196


gettyimages®


gettyimages®



73993199




73993200




73993201




74274165




74274166


meg


gettyimages

74275378

