


74275379




7399324




73993242




13993243




73993244




73993245



73993246



73993247




73993248




73993249



73993250



73993251




73993252