

73993337



73993338




7399339




73993340



73993341






gettyimages®




74275401




74275402




74275411




74275444




73993253