


73993254

73993275






7399|3256


gettyimages

73992258






73993259


gettyimages®




73993261


gettyimages®




1399326 3




72993246




7399321 5




73993266




T3092267




73993268




73993269




7299978


gettyimages®




73993286




gettyimages



74275226


gettyimages


gettyimages




74275404