


74275405




74275406




74275407




74275408




74275409




742754




7427548




74275419




74275421


gettyimages®





74275439