









79590691



73993141







73993773





73993275





7399327