

gettyimages

7399378



73993279





gettyim

73992 81



gettyimages®

739932 82



gettyimages

739927.83



getty images

739920 84



gettyimages

73993285



gettyimages

73993286



gettyimages®

739932 87



73993323



73993324



73993325





73993293









73993297



72993799



73993199





73993301



73993302



73993303