

73993304















73992311



gettyimages

73993312





73993314



73993315





739933M



73993318



73993319



gettyimages®

73993320



73993301



73993322





74775209



73993326



73993327



7399332 8



73993329