

73993330

73993332

73993333

73993334

73993335



73993336



74274573



74274574



74274575



74274576

74274577





74275211