

74275223



7427 ⊢43D



73996205



73996215



7399621b

73996217

gettyimages®

7399b718



7399b219



gettyimages

73996720





73996222



73996223