

73996224



73996225



73996226



73996227



73996228





73996230





7399.232



73993137



7399313



73993216





73993218



73993219



73993221



73993222



73993223

73993228



73993229



73993342



73993343



73993344



73993345



73993346