

74275366




74275367




74275368




74275369




74275370



74275371



74275372



74275373




74275374



74275375




74275380



74275381



74275382





74275385



74275386



74275387



74275390



74275391




74275392



74275438



84456321




73906514




73993186




73993187