


73993206




73993207




73993208




73993209




73993210




73993211




7399331 2



73993213




73993214



73993215




73993230




73993231




73993232