


73993233




73993234



73993361




73993362



73993363



73993364



73993365




73993366




73993367




73993368