


73993369




74274579




74275212



74275213




74275347



74275376



74275377




74284040