

74284043



73993185



73993349




73993350




73993351




73993352



7399 33.53




73993354