


73993355




73993356



73993357




73993359




73993359



73993360



73996206



73996208



73996209