DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com

Attorneys for Defendants
GETTY IMAGES, INC. and GETTY IMAGES
(US), INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON RAFFAELLI,<br><br>              Plaintiff,<br><br>     vs.<br><br>GETTY IMAGES, INC.; GETTY IMAGES (US), INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>              Defendants. | Case No. **CV12-0563-CAS (PJWx)**<br>Assigned to Hon. Christina A. Snyder<br>Courtroom 5<br><br>**ANSWER OF DEFENDANTS GETTY IMAGES, INC. AND GETTY IMAGES (US), INC. TO FIRST AMENDED COMPLAINT**<br><br>Action Filed:   April 23, 2012 |

Defendants Getty Images, Inc. and Getty Images (US), Inc. (collectively, "Getty Images"), answering for themselves and no others, in response to the unverified First Amended Complaint ("FAC") filed by plaintiff Ron Raffaelli, admit, deny, and aver as follows:

## NATURE OF THE ACTION

1. Answering Paragraph 1 of the FAC, Getty Images admits that Ron Raffaelli is the plaintiff in this action, and that the FAC alleges claims for copyright infringement, replevin, conversion, a violation of Penal Code § 496 and seeks declaratory relief. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1, and, on that basis, denies each and every remaining allegation contained in this paragraph.

2. Answering Paragraph 2 of the FAC, Getty Images admits that Getty Images (US), Inc. acquired The Michael Ochs Archives ("the Archives"), a renowned collection of music and entertainment imagery spanning the 1940s to the 1990s, and that the Archives includes images of iconic musicians and performers from the 1960s and 1970s. Getty Images further admits that Michael Ochs was the former owner of the Archives. Getty Images denies that Michael Ochs is notorious within the image-licensing industry for unlawfully licensing photographs and imagery without the knowledge or consent of the copyright owners. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2, and, on that basis, denies each and every remaining allegation contained in this paragraph.

3. Answering Paragraph 3 of the FAC, Getty Images admits that Getty Images (US), Inc. acquired the Archives in 2007, and that images from the Archives were displayed and available for licensing on www.gettyimages.com, which is owned and operated by Getty Images. Except as expressly admitted, Getty Images denies the allegations set forth in this paragraph.

1

ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

4. Answering Paragraph 4 of the FAC, Getty Images admits that Plaintiff has brought this action. Except as expressly admitted, Getty Images denies the allegations set forth in this paragraph.

**PARTIES**

5. Answering Paragraph 5 of the FAC, Getty Images admits that Ron Raffaelli is the plaintiff in this action and an individual. Getty Images is without knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 5, and, on that basis, denies each and every remaining allegation contained in this paragraph.

6. Answering Paragraph 6 of the FAC, Getty Images denies that Getty Images, Inc. is a Washington corporation and further denies that it has an office in Los Angeles County. Getty Images states that the remaining allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

7. Answering Paragraph 7 of the FAC, Getty Images admits that Getty Images (US), Inc. is a New York corporation with an office in Los Angeles County. Getty Images states that the remaining allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

8. Answering Paragraph 8 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

9. Answering Paragraph 9 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

2

ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

10. Answering Paragraph 10 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

## JURISDICTION AND VENUE

11. Answering Paragraph 11 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer.

12. Answering Paragraph 12 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer.

## BACKGROUND

13. Answering Paragraph 13 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

14. Answering Paragraph 14 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

15. Answering Paragraph 15 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

16. Answering Paragraph 16 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

17. Answering Paragraph 17 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

3

ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

18. Answering Paragraph 18 of the FAC, Getty Images admits that the copyright notice and credits page of the tour book entitled, "Jimi Hendrix Electric Church A Visual Experience" includes the following language: "Photography/Layout: Raffaelli." Getty Images is without knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 18, and, on that basis, denies each and every remaining allegation contained in this paragraph.

19. Answering Paragraph 19 of the FAC, Getty Images admits that Jimi Hendrix performed at the Waikiki Shell Auditorium in Honolulu, Hawaii in May 1969. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 19, and, on that basis, denies each and every such allegation contained in this paragraph.

20. Answering Paragraph 20 of the FAC, Getty Images admits that a tour book entitled, "Jimi Hendrix Electric Church A Visual Experience" was published by The Visual Thing. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 20, and, on that basis, denies each and every such allegation contained in this paragraph.

21. Answering Paragraph 21 of the FAC, Getty Images admits that Jimi Hendrix's death occurred sometime after his performance in 1969 at the Waikiki Shell Auditorium. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 21, and, on that basis, denies each and every such allegation contained in this paragraph.

22. Answering Paragraph 22 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

23. Answering Paragraph 23 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

DWT 19842878v3 0053349-000098

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

24. Answering Paragraph 24 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

25. Answering Paragraph 25 of the FAC, Getty Images denies that Plaintiff did not learn about the purportedly stolen photographs of Jimi Hendrix until 2006. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 25, and, on that basis, denies each and every such allegation contained in this paragraph.

26. Answering Paragraph 26 of the FAC, Getty Images denies that Plaintiff did not discover until 2006 that some of his work supposedly was missing. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 26, and, on that basis, denies each and every such allegation contained in this paragraph.

27. Answering Paragraph 27 of the FAC, Getty Images denies that Plaintiff did not learn of the acquisition of the Archives by Getty Images (US), Inc. until late 2009 or early 2010. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 27, and, on that basis, denies each and every such allegation contained in this paragraph.

28. Answering Paragraph 28 of the FAC, Getty Images denies each and every allegation in this paragraph.

## GETTY IMAGES PURCHASES THE ARCHIVES

29. Answering Paragraph 29 of the FAC, Getty Images admits that Getty Images (US), Inc. is the world's leading creator and distributor of visual content and serves customers in more than 100 countries. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 29.

30. Answering Paragraph 30 of the FAC, Getty Images admits the allegations in this paragraph.

5
ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

31. Answering Paragraph 31 of the FAC, Getty Images admits that Getty Images (US), Inc. acquired the Archives in February 2007. With respect to the remaining allegations in this paragraph, Getty Images states that the press release speaks for itself.

32. Answering Paragraph 32 of the FAC, Getty Images admits that Getty Images (US), Inc. acquired the Archives in 2007. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 32.

33. Answering Paragraph 33 of the FAC, Getty Images admits that photographs Raffaelli purports to have taken were among the images acquired from the Archives and that were available on www.gettyimages.com. Getty Images denies that any of the images at issue in this litigation were stolen. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 33, and, on that basis, denies each and every such allegation contained in this paragraph.

34. Answering Paragraph 34 of the FAC, Getty Images admits that photographs Raffaelli purports to have taken were among the images acquired from the Archives and some of those images (though not displayed on www.gettyimages.com) are in Getty Images' possession. Getty Images expressly denies that any of the images at issue in this litigation were stolen, and specifically denies the remaining allegations in this paragraph.

35. Answering Paragraph 35 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

36. Answering Paragraph 36 of the FAC, Getty Images admits that Getty Images (US), Inc. acquired the Archives in 2007. Getty Images further admits that, in correspondence dating back to 2008, Plaintiff's agent demanded from Getty Images certain imagery found in the Archives, and that Getty Images did not accede

ANSWER
DWT 19842878v3 0053349-000098

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to that demand. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 36.

### FIRST CAUSE OF ACTION

(Copyright Infringement – 17 U.S.C. § 501 – Unpublished Works)

37. Answering Paragraph 37 of the FAC, Getty Images incorporates its responses to the allegations contained in Paragraphs 1 through 36 as if fully stated herein.

38. Answering Paragraph 38 of the FAC, Getty Images admits that attached to the FAC collectively as Exhibit A are 17 documents entitled, "U.S. Copyright Office Receipt Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application." Getty Images also admits that copies of images (which speak for themselves) are attached to the FAC collectively as Exhibit B. Getty Images is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 38, and, on that basis, denies each and every such allegation contained in this paragraph.

39. Answering Paragraph 39 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

40. Answering Paragraph 40 of the FAC, Getty Images denies each and every allegation in this paragraph.

41. Answering Paragraph 41 of the FAC, Getty Images denies each and every allegation in this paragraph.

42. Answering Paragraph 42 of the FAC, Getty Images admits that Getty Images (US), Inc. acquired the Archives. Getty Images further admits that, in correspondence dating back to 2008, Plaintiff's agent demanded from Getty Images certain imagery found in the Archives, and that Getty Images did not accede to that demand. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 42.

ANSWER
DWT 19842878v3 0053349-000098

7

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

43. Answering Paragraph 43 of the FAC, Getty Images denies each and every allegation in this paragraph.

44. Answering Paragraph 44 of the FAC, Getty Images admits that photographs Raffaelli purports to have taken were among the images acquired from the Archives and some of those images (though not displayed on www.gettyimages.com) are in Getty Images' possession. Getty Images denies that it possesses any stolen works. Getty Images states that the other allegations in this paragraph are argument and/or conclusions of law that require no answer.

45. Answering Paragraph 45 of the FAC, Getty Images denies each and every allegation in this paragraph.

46. Answering Paragraph 46 of the FAC, Getty Images denies each and every allegation in this paragraph, and further denies that Plaintiff is entitled to any recovery against Getty Images under any theory of liability.

47. Answering Paragraph 47 of the FAC, Getty Images denies each and every allegation in this paragraph.

48. Answering Paragraph 48 of the FAC, Getty Images denies each and every allegation in this paragraph.

49. Answering Paragraph 49 of the FAC, Getty Images denies each and every allegation in this paragraph.

50. Answering Paragraph 50 of the FAC, Getty Images admits that Plaintiff's prayer includes a request for punitive damages. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 50.

## **SECOND CAUSE OF ACTION**

(Copyright Infringement – 17 U.S.C. § 501)

51. Answering Paragraph 51 of the FAC, Getty Images incorporates its responses to the allegations contained in Paragraphs 1 through 50 as if fully stated herein.

8

ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

52. Answering Paragraph 52 of the FAC, Getty Images admits that Plaintiff's FAC includes a claim for copyright infringement based on the alleged infringement of works that he purportedly owns and which he identifies by the following copyright registration numbers and descriptions: "(1) K87780: Crucified female suspended above 4 seated males; (2) K87790: Young Male holding 6 young people in hand; and (3) K87792: Worm's eye view of standing male with view of 4 young people between his spread legs." Getty Images further admits that Plaintiff has asserted in his FAC that his copyright infringement action also is based on the alleged infringement of a tour book, which Plaintiff describes as "Jimi Hendrix – Electric Church – A Visual Experience." Getty Images further admits that Plaintiff has attached certain images to his FAC as Exhibit B. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 52.

53. Answering Paragraph 53 of the FAC, Getty Images denies each and every allegation in this paragraph.

54. Answering Paragraph 54 of the FAC, Getty Images denies each and every allegation in this paragraph.

55. Answering Paragraph 55 of the FAC, Getty Images admits that Getty Images (US), Inc. acquired the Archives. Getty Images further admits that, in correspondence dating back to 2008, Plaintiff's agent demanded from Getty Images certain imagery found in the Archives, and that Getty Images did not accede to that demand. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 55.

56. Answering Paragraph 56 of the FAC, Getty Images denies each and every allegation in this paragraph.

57. Answering Paragraph 57 of the FAC, Getty Images admits that photographs Raffaelli purports to have taken were among the images acquired from the Archives and some of those images (though not displayed on www.gettyimages.com) are in Getty Images' possession. Getty Images denies that it

ANSWER
DWT 19842878v3 0053349-000098

9

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

possesses any stolen works.  Getty Images states that the other allegations in this paragraph are argument and/or conclusions of law that require no answer.

58. Answering Paragraph 58 of the FAC, Getty Images denies each and every allegation in this paragraph.

59. Answering Paragraph 59 of the FAC, Getty Images denies each and every allegation in this paragraph, and further denies that Plaintiff is entitled to any recovery against Getty Images under any theory of liability.

60. Answering Paragraph 60 of the FAC, Getty Images denies each and every allegation in this paragraph.

61. Answering Paragraph 61 of the FAC, Getty Images denies each and every allegation in this paragraph.

62. Answering Paragraph 62 of the FAC, Getty Images denies each and every allegation in this paragraph.

63. Answering Paragraph 63 of the FAC, Getty Images admits that Plaintiff's prayer includes a request for punitive damages.  Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 63.

## THIRD CAUSE OF ACTION

(Replevin)

64. Answering Paragraph 64 of the FAC, Getty Images incorporates its responses to the allegations contained in Paragraphs 1 through 63 as if fully stated herein.

65. Answering Paragraph 65 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer.  To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

66. Answering Paragraph 66 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no

ANSWER
DWT 19842878v3 0053349-000098

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

67. Answering Paragraph 67 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

68. Answering Paragraph 68 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

69. Answering Paragraph 69 of the FAC, Getty Images admits that, in correspondence dating back to 2008, Plaintiff's agent demanded from Getty Images certain imagery found in the Archives, and that Getty Images did not accede to that demand. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 69.

70. Answering Paragraph 70 of the FAC, Getty Images admits that, by his FAC, Plaintiff seeks possession of certain works. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 70.

## **FOURTH CAUSE OF ACTION**
(Conversion)

71. Answering Paragraph 71 of the FAC, Getty Images incorporates its responses to the allegations contained in Paragraphs 1 through 70 as if fully stated herein.

72. Answering Paragraph 72 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

73. Answering Paragraph 73 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

74. Answering Paragraph 74 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

75. Answering Paragraph 75 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

76. Answering Paragraph 76 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

77. Answering Paragraph 77 of the FAC, Getty Images is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and, on that basis, denies each and every such allegation.

78. Answering Paragraph 78 of the FAC, Getty Images admits that, by his FAC, Plaintiff seeks possession of certain works. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 78.

## FIFTH CAUSE OF ACTION
(Damages Under Cal. Penal Code § 496)

79. Answering Paragraph 79 of the FAC, Getty Images incorporates its responses to the allegations contained in Paragraphs 1 through 78 as if fully stated herein.

80. Answering Paragraph 80 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no

12
ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

81. Answering Paragraph 81 of the FAC, Getty Images admits that Getty Images (US), Inc. acquired the Archives. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 81.

82. Answering Paragraph 82 of the FAC, Getty Images admits that, in correspondence dating back to 2008, Plaintiff's agent demanded from Getty Images certain imagery found in the Archives, and that Getty Images did not accede to that demand. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 82.

83. Answering Paragraph 83 of the FAC, Getty Images denies each and every allegation in this paragraph.

84. Answering Paragraph 84 of the FAC, Getty Images denies each and every allegation in this paragraph.

85. Answering Paragraph 85 of the FAC, Getty Images admits that Plaintiff's prayer includes a request for treble damages. Except as expressly admitted, Getty Images denies the allegations set forth in this Paragraph 85, and further denies that Plaintiff is entitled to any recovery against Getty Images under any theory of liability.

## SIXTH CAUSE OF ACTION
(Declaratory Judgment)

86. Answering Paragraph 86 of the FAC, Getty Images incorporates its responses to the allegations contained in Paragraphs 1 through 85 as if fully stated herein.

87. Answering Paragraph 87 of the FAC, Getty Images states that the allegations in this paragraph are argument and/or conclusions of law that require no answer. To the extent a response may be required, Getty Images denies the allegations contained in this paragraph.

ANSWER
DWT 19842878v3 0053349-000098

13

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

88. Answering Paragraph 88 of the FAC, Getty Images denies each and every allegation in this paragraph.

89. Answering Paragraph 89 of the FAC, Getty Images admits that in correspondence dating back to 2008, Plaintiff demanded from Getty Images certain imagery found in the Archives, and that Getty Images did not accede to Plaintiff's demand. Except as expressly admitted, Getty Images denies the allegations set forth in Paragraph 89.

90. Answering Paragraph 90 of the FAC, Getty Images denies each and every allegation in this paragraph.

## SEPARATE AND ADDITIONAL DEFENSES

Having fully answered the allegations in the FAC, Getty Images asserts the following separate and additional defenses. In so doing, Getty Images does not agree or concede that it has the burden of proof and/or persuasion with respect to any of these matters.

## FIRST SEPARATE AND ADDITIONAL DEFENSE

1. The FAC, and each of its causes of action, fails to state a claim against Getty Images upon which relief can be granted.

## SECOND SEPARATE AND ADDITIONAL DEFENSE

2. Plaintiff lacks standing to bring some or all of the claims alleged in his FAC because he does not own or have an ownership interest in either the images or the copyrights at issue in this litigation.

## THIRD SEPARATE AND ADDITIONAL DEFENSE

3. Plaintiff's claims for conversion, replevin, and violation of Penal Code § 496 are barred, in whole or in part, because Plaintiff has no right to possession of the images at issue in this litigation.

## FOURTH SEPARATE AND ADDITIONAL DEFENSE

4. The FAC is barred, in whole or in part, because even if some material allegedly owned by Plaintiff purportedly was used by Getty Images without consent

ANSWER
DWT 19842878v3 0053349-000098

14

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

(which Getty Images denies), those materials are in the public domain, and therefore are not subject to copyright protection.

### FIFTH SEPARATE AND ADDITIONAL DEFENSE

5. The FAC is barred, in whole or in part, because Getty Images' conduct was reasonable, justified, and in good faith.

### SIXTH SEPARATE AND ADDITIONAL DEFENSE

6. The FAC is barred, in whole or in part, because even if some material allegedly owned by Plaintiff purportedly was used by Getty Images without consent (which Getty Images denies), such use was made with innocent intent.

### SEVENTH SEPARATE AND ADDITIONAL DEFENSE

7. The FAC is barred, in whole or in part, because even if some material allegedly owned by Plaintiff purportedly was used by Getty Images without consent (which Getty Images denies), such use is protected by the doctrine of fair use under 17 U.S.C. § 107.

### EIGHTH SEPARATE AND ADDITIONAL DEFENSE

8. The FAC is barred, in whole or in part, because any damages allegedly suffered by Plaintiff were either wholly or in part the legal fault of persons, firms, corporations, or entities other than Getty Images, and that legal fault reduces the percentage of responsibility, if any, which is to be borne by Getty Images.

### NINTH SEPARATE AND ADDITIONAL DEFENSE

9. Without in any way admitting that Getty Images' conduct was unlawful or wrongful, Plaintiff is barred from any recovery because he has not sustained any damages as a result of any act or omission by Getty Images or attributable to Getty Images

### TENTH SEPARATE AND ADDITIONAL DEFENSE

10. The FAC is barred, in whole or in part, because Plaintiff's damages, if any, are vague, uncertain, imaginary, and speculative.

15
ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**ELEVENTH SEPARATE AND ADDITIONAL DEFENSE**

11. The FAC is barred, in whole or in part, by the doctrines of estoppel and waiver.

**TWELFTH SEPARATE AND ADDITIONAL DEFENSE**

12. The FAC is barred, in whole or in part, by the doctrine of unclean hands.

**THIRTEENTH SEPARATE AND ADDITIONAL DEFENSE**

13. Plaintiff's claims are barred, in whole or in part, because the alleged conduct of or chargeable to Getty Images was not the actual or proximate cause of any injury, loss or damage to Plaintiff.

**FOURTEENTH SEPARATE AND ADDITIONAL DEFENSE**

14. Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations, including without limitation, Code of Civil Procedure § 338 and 17 U.S.C. § 507.

**FIFTEENTH SEPARATE AND ADDITIONAL DEFENSE**

15. Plaintiff's claims for conversion, replevin, and violation of Penal Code § 496 are barred, in whole or in part, because neither Getty Images, Inc. nor Getty Images (US), Inc. qualifies as a museum, gallery, auctioneer, or dealer under Code of Civil Procedure § 338(c)(3).

**SIXTEENTH SEPARATE AND ADDITIONAL DEFENSE**

16. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches because of Plaintiff's unreasonable delay in initiating this action.

**SEVENTEENTH SEPARATE AND ADDITIONAL DEFENSE**

17. Without in any way admitting that Getty Images' conduct was unlawful or wrongful or that Plaintiff was in any way damaged by any conduct of Getty Images, Plaintiff is barred from any recovery because of his failure to mitigate or eliminate his damages, if any, and any recovery by Plaintiff should be reduced or denied accordingly.

ANSWER
DWT 19842878v3 0053349-000098

16

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EIGHTEENTH SEPARATE AND ADDITIONAL DEFENSE**

18. Without in any way admitting that Getty Images' conduct was unlawful or wrongful or that Plaintiff was in any way damaged by any conduct attributable to Getty Images, Plaintiff is barred from any recovery because Getty Images (US), Inc. purchased the Archives in good faith, for value, and without knowledge or notice of any adverse interest of any other person or entity.

**NINETEENTH SEPARATE AND ADDITIONAL DEFENSE**

19. Without in any way admitting that Getty Images' conduct was unlawful or wrongful or that Plaintiff was in any way damaged by any conduct attributable to Getty Images, Plaintiff is barred from any recovery because Getty Images (US), Inc. purchased the Archives in good faith, for value, and without knowledge that any of the images in the Archives purportedly were stolen.

**TWENTIETH SEPARATE AND ADDITIONAL DEFENSE**

20. Plaintiff's Complaint, and each cause of action therein, fails to state a claim upon which punitive damages can be awarded.

**TWENTY-FIRST SEPARATE AND ADDITIONAL DEFENSE**

21. Plaintiff is not entitled to recover punitive or exemplary damages because he has failed to allege and cannot establish facts sufficient to show that Getty Images is guilty of oppression, fraud or malice within the meaning of Civil Code § 3294.

**TWENTY-SECOND SEPARATE AND ADDITIONAL DEFENSE**

22. Any award of punitive or exemplary damages to Plaintiff would violate the constitutional rights of Getty Images under the provisions of the United States and California Constitutions, including but not limited to the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution and Article I, Section 7 of the California Constitution because, among other things, (1) any award of punitive or exemplary damages would be grossly out of proportion to the alleged wrongful conduct and purported injury at issue here; (2) there is no legitimate state

17
ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

interest in punishing the alleged wrongful conduct at issue here, or in deterring its possible repetition; (3) the alleged wrongful conduct at issue here is not sufficiently reprehensible to warrant the imposition of any punitive or exemplary damages; and (4) the criteria for the imposition of punitive or exemplary damages are unconstitutionally vague and uncertain and fail to provide fair notice of what conduct will result in the imposition of such damages.

**TWENTY-THIRD SEPARATE AND ADDITIONAL DEFENSE**

23.     Getty Images has insufficient knowledge or information upon which to form a belief as to whether other additional separate defenses may be available.  For that reason, Getty Images reserves the right to assert additional separate defenses in the event discovery indicates that such defenses would be appropriate.

WHEREFORE, Getty Images prays for relief as follows:

1.     That Plaintiff takes nothing by reason of the FAC in this matter, and that judgment be rendered in favor of Getty Images, Inc. and Getty Images (US), Inc., and each of them, and against Plaintiff;

2.     That Getty Images, Inc. and Getty Images (US), Inc., and each of them, be awarded costs of suit incurred in defense of this matter, including reasonable attorneys' fees and costs under 17 U.S.C. § 505; and

3.     For such other relief as the Court deems just and proper.

DATED: June 25, 2012

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
KAREN A. HENRY
DAN LAIDMAN


By:        / s / Karen A. Henry
                Karen A. Henry

Attorneys for Defendants
GETTY IMAGES, INC. and GETTY IMAGES (US), INC.

18

ANSWER
DWT 19842878v3 0053349-000098

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899