NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Kelli L. Sager (SBN: 120162)
Karen A. Henry (SBN: 229707)
Dan Laidman (SBN: 274482)
Davis Wright Tremaine LLP
865 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 633-6800

ATTORNEYS FOR: Getty Images, Inc. and Getty Images (US), Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ron Raffaelli

Plaintiff(s),

v.

Getty Images, Inc.; Getty Images (US), Inc.; and Does 1 through 10, inclusive

Defendant(s)

CASE NUMBER:

CV12-0563-CAS (PJWx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants Getty Images, Inc. and Getty Images (US), Inc. (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| 1. Ron Raffaelli | Plaintiff |
| 2. Getty Images, Inc. | Defendant |
| 3. Getty Images (US), Inc. | Defendant |
| 4. Chartis Financial Lines | Insurer for defendants Getty Images, Inc. and Getty Images (US), Inc. |

July 11, 2012
Date

/s/
Sign

Karen A. Henry, Attorney for Defendants
Attorney of record for or party appearing in pro per