1  D<small>AVIS</small> W<small>RIGHT</small> T<small>REMAINE</small> LLP
   865 S. F<small>IGUEROA</small> S<small>T</small>.
2  S<small>UITE</small> 2400
   L<small>OS</small> A<small>NGELES</small>, C<small>ALIFORNIA</small> 90017-2566
3  T<small>ELEPHONE</small> (213) 633-6800
   F<small>AX</small> (213) 633-6899
4
5  KELLI L. SAGER (State Bar No. 120162)
     kellisager@dwt.com
6  KAREN A. HENRY (State Bar No. 229707)
     karenhenry@dwt.com
7  DAN LAIDMAN (State Bar No. 274482)
     danlaidman@dwt.com
8
9  Attorneys for Defendants
   GETTY IMAGES, INC. and GETTY IMAGES
10 (US), INC.

11
12                  UNITED STATES DISTRICT COURT
13                  CENTRAL DISTRICT OF CALIFORNIA
14
15 RON RAFFAELLI,                   ) Case No. **CV12-0563-CAS (PJWx)**
                                    )
16                 Plaintiff,       )
                                    ) **CORPORATE DISCLOSURE**
17       vs.                        ) **STATEMENT OF DEFENDANTS**
                                    ) **GETTY IMAGES, INC. AND**
18 GETTY IMAGES, INC.; GETTY        ) **GETTY IMAGES (US), INC.**
   IMAGES (US), INC.; AND DOES 1    )
19 THROUGH 10, INCLUSIVE,           ) **[Fed. R. Civ. P. 7.1]**
                                    )
20                 Defendants.      ) Action Filed:   April 23, 2012
                                    )
21                                  )
                                    )
22                                  )
                                    )
23                                  )
24
25
26
27
28

Defendants Getty Images, Inc. and Getty Images (US), Inc., nongovernmental corporate parties, provide the following statement to comply with Federal Rule of Civil Procedure 7.1(a):

Getty Images, Inc. states that it is wholly owned by Abe Investment Holdings, Inc., a Delaware corporation, and that no publicly held corporation owns 10% or more of its stock.

Getty Images (US), Inc. states that it is a wholly owned subsidiary of Getty Images, Inc.

By filing this Disclosure Statement, neither Getty Images, Inc. nor Getty Images (US), Inc. waives any objections they may have to their inclusion in this lawsuit.

DATED: July 11, 2012

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
KAREN A. HENRY
DAN LAIDMAN

By: _____/ s /_____
        Karen A. Henry

Attorneys for Defendants
GETTY IMAGES, INC. and GETTY IMAGES (US), INC.

CORPORATE DISCLOSURE STATEMENT
DWT 19887479v2 0053349-000098

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899