# EXHIBIT A

**Sherli Shamtoub Esq.**

| | |
|---|---|
| **From:** | Sherli Shamtoub Esq. [sshamtoub@srbr-law.com] |
| **Sent:** | Monday, January 14, 2013 6:14 PM |
| **To:** | 'Henry, Karen' |
| **Cc:** | 'Darcy Harris'; Lee Boyd Esq. (lboyd@srbr-law.com) |
| **Subject:** | Raffaelli v. Getty Images |

Karen,

I'm writing to confirm the conversation you had with Lee on Friday, January 11, regarding SRBR's intent to withdraw as counsel in the Raffaelli v. Getty Images matter.  We will serve you with the motion shortly.  In the meantime, please let us know whether your client intends to oppose our motion to withdraw.

Regards,

**Sherli Shamtoub Esq.**

**Schwarcz, Rimberg, Boyd & Rader LLP** | 6310 San Vicente Blvd., Suite 360 | Los Angeles, CA 90048
Telephone: 323.302.9488 Ext. 209 | Email: sshamtoub@srbr-law.com

**CONFIDENTIALITY NOTICE:** Please be advised that the information contained in this electronic mail transmission, including attachment(s), if any, is privileged and confidential. It is intended for the use of the original addressee(s) named above only. It should not be forwarded without the express consent of the original sender. If the reader of this message is not an intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of the item is not authorized. Please notify the original sender of your receipt, and kindly delete the entire electronic message, including any attachment(s).

This is not intended to be, and must not be construed to be in any form or manner as a solicitation of investment funds or a securities offering. By reading beyond this point, you agree, acknowledge and accept that this is an unsolicited, private encoded communication of privileged, proprietary and confidential information for you only and you agree to keep it private.

# EXHIBIT B

**Sherli Shamtoub Esq.**

| | |
|---|---|
| **From:** | Sherli Shamtoub Esq. [sshamtoub@srbr-law.com] |
| **Sent:** | Wednesday, January 16, 2013 3:57 PM |
| **To:** | 'ron raffaelli' |
| **Cc:** | 'Lee Boyd Esq.'; 'Darcy Harris'; 'Cheryl' |
| **Subject:** | Raffaelli v. Getty Images |

Ron,

Please be advised that SRBR will move the court to withdraw as your counsel in Raffaelli v. Getty Images, Inc. et al. because of the severe break down in communications between us.

The hearing on the motion to withdraw as counsel is set on February 25, 2013 at 10 a.m. in courtroom 5 of the United States District Court for the Central District of California, located at 312 N. Spring St., Los Angeles, California 90012. A copy of the motion will be sent to you in the mail.

## Sherli Shamtoub Esq.

**Schwarcz, Rimberg, Boyd & Rader LLP** | 6310 San Vicente Blvd., Suite 360 | Los Angeles, CA 90048
Telephone: 323.302.9488 Ext. 209 | Email: sshamtoub@srbr-law.com

**CONFIDENTIALITY NOTICE:** Please be advised that the information contained in this electronic mail transmission, including attachment(s), if any, is privileged and confidential. It is intended for the use of the original addressee(s) named above only. It should not be forwarded without the express consent of the original sender. If the reader of this message is not an intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of the item is not authorized. Please notify the original sender of your receipt, and kindly delete the entire electronic message, including any attachment(s).

This is not intended to be, and must not be construed to be in any form or manner as a solicitation of investment funds or a securities offering. By reading beyond this point, you agree, acknowledge and accept that this is an unsolicited, private encoded communication of privileged, proprietary and confidential information for you only and you agree to keep it private.

DAVID SCHWARCZ***
ROBERT RIMBERG**
KATHRYN LEE BOYD*
ROB RADER

JEFF NEIDERMAN, ASSOCIATE
RAJIKA L. SHAH, ASSOCIATE
SHERLI SHAMTOUB, ASSOCIATE*
KRISTEN L. NELSON, ASSOCIATE

\* Also Admitted in NY
\*\* Admitted only in NY
\*\*\*Also Admitted in NY and NJ

## SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 SAN VICENTE BOULEVARD
SUITE 360
LOS ANGELES, CALIFORNIA 90048

TELEPHONE
LOCAL (323) 302-9488
FACSIMILE (323) 931-4990

KLARY PUCCI, OF COUNSEL
DARCY HARRIS, OF COUNSEL
PROF. MICHAEL J. BAZYLER,
OF COUNSEL

January 17, 2013

**Via US Mail and Email**
Mr. Ron Raffaelli
190 West Kern Street
McFarland, CA 93250

Re:   *Raffaelli v. Getty Images, Inc.*
      **U.S. District Court C.D. Cal., Case No. 12-CV-00563 CAS(PJW)**

Dear Ron,

Please be advised that Schwarcz, Rimberg, Boyd & Rader, LLP will move the court to
withdraw as your counsel in the above referenced matter because of the severe break down
in communications between us.

The hearing on the motion to withdraw as counsel is set on February 25, 2013 at 10 a.m. in
courtroom 5 of the United States District Court for the Central District of California, located
at 312 N. Spring St., Los Angeles, California 90012.  A copy of the motion will be sent to
you in the mail.

Very truly yours,

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

Sherli Shamtoub