UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-563-CAS (PJWx) | Date | February 8, 2013 |
|---|---|---|---|
| Title | RON RAFFAELLI V. GETTY IMAGES, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers:) **PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW AS COUNSEL OF RECORD** (filed January 18, 2013) [Dkt. No. 20]

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of February 25, 2013 is vacated, and the matter is hereby taken under submission.

Local Rule 83-2.9.2.1 allows an attorney to withdraw as counsel only upon leave of court. If withdrawal will cause delay in the case, the court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L. R. 83-2.9.2.4. Failure to pay attorneys' fees is normally sufficient grounds for withdrawal. Darby v. City of Torrance, 810 F. Supp. 275, 276 (C.D. Cal. 1992) (citing Liberty-Ellis Island Found., Inc. v. Int'l United Indus., Inc., 110 F.R.D. 395, 397 (S.D.N.Y. 1986)). If withdrawal is allowed, the affected parties then "shall appear pro se or appoint another attorney by a written substitution of attorney." L.R. 83-2.9.2.3.

Counsel for plaintiff contend that there has been a complete breakdown in communication between counsel and plaintiff, such that continued representation is no longer possible. See Dkt. No. 20. The parties engaged in settlement discussions in September 2012, leading to a confidential "Short Form Settlement Agreement," but counsel for plaintiff has been unable to contact their client regarding the potential settlement. Id. As such, the Court concludes that counsel have made a sufficient showing of good cause, and thus hereby GRANTS plaintiff's counsels' motion to be relieved as counsel.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-563-CAS (PJWx) | Date | February 8, 2013 |
|---|---|---|---|
| Title | RON RAFFAELLI V. GETTY IMAGES, INC. | | |

Counsel are hereby ordered to provide plaintiff with notice of the Court's order in accordance with Local Rule 83-2.9.2.3. Counsel shall attach a copy of this order to the letter, and shall otherwise comply with all applicable rules of professional responsibility.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |