1   **D**AVIS **W**RIGHT **T**REMAINE LLP
    865 S. FIGUEROA ST.
2   SUITE 2400
    LOS ANGELES, CALIFORNIA 90017-2566
3   TELEPHONE (213) 633-6800
    FAX (213) 633-6899

4

5   KELLI L. SAGER (State Bar No. 120162)
       kellisager@dwt.com
6   KAREN A. HENRY (State Bar No. 229707)
       karenhenry@dwt.com
7   DAN LAIDMAN (State Bar No. 274482)
       danlaidman@dwt.com

8

9   Attorneys for Defendants
    GETTY IMAGES, INC. and GETTY IMAGES
10  (US), INC.

11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15  RON RAFFAELLI,                         ) Case No. **CV12-0563-BRO (PJWx)**
                                           )
16                 Plaintiff,              )
                                           ) **ORDER GRANTING**
17        vs.                              ) **DEFENDANTS' MOTION TO**
                                           ) **CONTINUE FINAL PRETRIAL**
18  GETTY IMAGES, INC.; GETTY              ) **CONFERENCE, TRIAL, AND**
    IMAGES (US), INC.; AND DOES 1          ) **RELATED PRETRIAL DEADLINES**
19  THROUGH 10, INCLUSIVE,                 )
                                           )
20                 Defendants.             )
                                           ) [Motion to Continue Final Pretrial
21                                         ) Conference, Trial, and Related Pretrial
                                           ) Deadlines; and Declaration of Karen A.
22                                         ) Henry in Support of Motion to Continue
                                           ) Final Pretrial Conference, Trial, and
23                                         ) Related Pretrial Deadlines Filed
                                           ) Concurrently]
24                                         )
                                           ) Action Filed:   January 20, 2012
25                                         )
                                           )
26  ──────────────────────────────        )

27

28

────────────────────────────
ORDER GRANTING MOTION TO CONTINUE
DWT 23235517v1 0053349-000098

Having considered the papers filed by defendants Getty Images, Inc. and Getty Images (US), Inc. (collectively, "Getty Images"), the Court finds that Getty Images has shown good cause to modify the dates in the Court's September 5, 2013 Civil Jury Trial Order, and hereby **GRANTS** Getty Images' motion.

**IT IS HEREBY ORDERED** that the final pretrial conference, trial date and related pretrial deadlines in this matter are continued as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Motion Cut-Off | January 6, 2014 | March 3, 2014 |
| Deadline to Lodge Pretrial Conference Order/File Memorandum of Contentions of Fact and Law/Exhibit and Witness Lists | January 27, 2014 | March 24, 2014 |
| Deadline to File Motions in Limine | February 3, 2014 | April 7, 2014 |
| Final Pretrial Conference | February 10, 2014 | April 14, 2014 |
| Hearing on Disputed Jury Instructions | February 24, 2014 | April 28, 2014 |
| Hearing on Motions in Limine | March 3, 2014 | May 5, 2014 |
| Jury Trial | March 11, 2014 | May 13, 2014 |

DATED:  January 16, 2014        By: _____

United States District Judge
Beverly Reid O'Connell

ORDER GRANTING MOTION TO CONTINUE
DWT 23235517v1 0053349-000098